United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-14346-sr
Damian Crossan                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett         Page 1 of 1           Date Rcvd: Dec 21, 2016
                              Form ID: pdf900         Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
db             +Damian Crossan,    2600 Prescott Road,    Havertown, PA 19083-1311
13747167       +Bank of America,    100 N. Tryon Street,    Charlotte, NC 28255-0001
13747166        PNC Bank,    3232 Newmark Drive,    Havertown, PA 19083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 22 2016 02:09:19      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2016 02:09:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 22 2016 02:09:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2016 02:08:55     Ditech Financial LLC,
                 PO BOX 0049,   Palatine, IL 60055-0001
13835313        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2016 02:22:32
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13837250        E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2016 02:08:55      THE BANK OF NEW YORK MELLON,
                 c/o Ditech Financial LLC,   PO Box 6154,    Rapid City, SD 57709-6154
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
              FRANKLIN A. BENNETT, III    on behalf of Debtor Damian  Crossan frank@bennettlaw.us,
               robert@bennettlaw.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PNC Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    PNC Bank, National Association tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

DAMIAN CROSSAN
                                                : Bankruptcy No. 16-14346SR
            Debtor(s)                           : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                                    12/21/16
                                                _____
                                                Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

FRANKLIN A BENNETT, III
BENNETT & ASSOCIATES LLC
4700-12 CASTOR AVENUE
PHILADELPHIA PA 19124-

DAMIAN CROSSAN
2600 PRESCOTT ROAD
HAVERTOWN,PA.19083